RECEIVED
JAN 2 7 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s):** KASSAUNDRA KING

**Defendant(s):** CITY OF CHICAGO, FRATERNAL ORDER OF POLICE, AMERICAN FEDERATION OF STATE COUNTY & MUNICIPAL EMPLOYEES, AMERICAN ASSOCIATION OF POLICE OFFICERS

**Case No.** 06C 0500

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE LEVIN**

## COMPLAINT

I AM SUING THE ABOVE NAMED DEFENDANTS BECAUSE OF THE CONSTANT/CONTINUED HARASSMENT, THREATS BEING/HAVE BEEN COMMITTED AGAINST ME, THE INTERFERENCE/ DEPRIVATION/INTIMIDATION/INFRINGEMENT OF MY RIGHTS, GIVEN TO ME VIA THE FIRST, FOURTH, FIFTH & FOURTEENTH AMENDMENT RIGHTS, FEDERAL CIVIL RIGHTS LAWS, PUBLIC ACCOMMODATIONS CIVIL RIGHTS ACT OF 1964, BEING/HAVE BEEN COMMITTED AGAINST ME AT: HAROLD WASHINGTON LIBRARY, 400 SOUTH STATE, WHERE I WAS FALSELY/ILLEGALLY ARRESTED/DETAINED/IMPRISONED & CHARGED WITH A CRIME (DISORDERLY CONDUCT) I DID NOT COMMIT ON JAN. 18, 2006, BY CHICAGO POLICE OFFICERS MILLER & JONES (AFRICAN AMERICAN FEMALES) MATTHEW VINER (AMER. MALE, W/NO UNIFORM ON) BARNES (AFRICAN AMER. MALE, W/NO UNIFORM ON) CHICAGO/DEPAUL UNIVERSITY/BARNES & NOBLE BUILDING, 333 SOUTH STATE STREET/ONE EAST JACKSON, WALGREENS: HALSTED/MONROE, GREEKTOWN LOCATION, 2340 WEST MADISON, DEPAUL UNIVERSITY, 25 EAST JACKSON, DEPAUL UNIVERSITY SECURITY GUARDS WHO ARE CHICAGO POLICE OFFICERS @ 333 SOUTH STATE STREET, BREAKTHROUGH URBAN MINISTRIES, 3330 WEST CARROLL, AN ALLEGED HOMELESS SHELTER OPERATOR, CHICAGO TRANSIT AUTHORITY BUSES & ELEVATED TRAINS, DEBORAH'S PLACE @ 1456 WEST OAKDALE & 2822 WEST JACKSON, JESUS PEOPLE USA/ CORNERSTONE HOMELESS SHELTER, R.E.S.T. HOMELESS SHELTER, BOTH IN UPTOWN, INSPIRATION CAFE & UPTOWN LIBRARY, MABEL (IN UPTOWN) MANNING LIBRARY, 6 SOUTH HOYNE, CHICAGO DEPARTMENT OF HUMAN SERVICES, 10 SOUTH KEDZIE, JEWISH FEDERATION OF METROPOLITAN CHICAGO, 1 NORTH FRANKLIN, SEARS TOWER, 233 SOUTH WACKER, METRA/CITIGROUP OR CITICORP BUILDING, 500 WEST MADISON. I WOULD LIKE THIS COMPLAINT/LAWSUIT SERVED BY THE SHERIFF OR U.S. MARSHALS OFFICE. I WOULD LIKE TO BE AWARDED $200 MILLION DOLLARS FOR THE CONSTANT, CONTINUAL DEPRIVATION/INTERFERENCE WITH MY RIGHTS, HARASSMENT, THREATS, ASSAULTS BEING COMMITTED AGAINST ME BY THE CHICAGO POLICE DEPARTMENT.

*Kassaundra King*
3330 WEST CARROLL
CHICAGO, IL 60624 773-722-0179